### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

| | |
|---|---|
| PHILLIP O'NEAL,           )<br>                          )<br>    Plaintiff,         )<br>                          )<br>v.                        )     CIVIL ACTION NO. 5:16-CV-519 (MTT)<br>                          )<br>                          )<br>NORFOLK SOUTHERN RAILWAY  )<br>COMPANY,                  )<br>                          )<br>    Defendant.        )<br>                          ) | |

### SETTLEMENT ORDER

The Court has been advised by counsel that the above action has been settled.

**IT IS, THEREFORE, ORDERED** that the action be dismissed without prejudice to the right, upon good cause shown within ninety (90) days, to reopen the action if settlement is not consummated. If the action is not reopened, it shall stand dismissed, with prejudice.

**SO ORDERED,** this 7th day of February, 2019.

                                              S/ Marc T. Treadwell
                                              MARC T. TREADWELL, JUDGE
                                              UNITED STATES DISTRICT COURT